

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| BERTHA M. HAMILTON | CIVIL DOCKET NO. 10-664 |
|---|---|
| -vs- | JUDGE DRELL |
| SHIVANI NEGI, et al. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation (Doc. 102) of the Magistrate Judge, and after independent (de novo) review of the record including the objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendant's Motion to Dismiss (Doc. 87) is GRANTED and Plaintiff's claims are DISMISSED with PREJUDICE.

In so ruling, however, we have observed that Mrs. Hamilton was obviously very close to her husband and she cared about him very much. Although we did not meet him, we gather that he, as so many other veterans, performed a great service to the United States and, at least, we are able to express our thanks for that. Regretfully, however, we are unable, as a matter of

law, to find any legal basis to sustain the claims we have been careful to try and ferret out over these many months. Still, we wish her well in the future.

SIGNED on this 19th day of November, 2012, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT